*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  March 17, 2016                    107093
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,
        v                                         MEMORANDUM AND ORDER

WILLIAM L. SMITH,
                        Appellant.
_____


Calendar Date:  February 16, 2016

Before:  McCarthy, J.P., Egan Jr., Lynch, Devine and Clark, JJ.

_____


        Lisa A. Burgess, Indian Lake, for appellant.

        Kathleen B. Hogan, District Attorney, Lake George (Emilee
B. Davenport of counsel), for respondent.

_____


McCarthy, J.P.

        Appeal from a judgment of the County Court of Warren County
(Hall Jr., J.), rendered August 27, 2014, convicting defendant
upon his plea of guilty of the crime of arson in the second
degree.

        Defendant pleaded guilty to arson in the second degree and
his plea included a waiver of the right to appeal.  Prior to
sentencing, defendant moved to withdraw his plea.  County Court
denied the motion and thereafter sentenced defendant in
accordance with the plea agreement to eight years in prison, to
be followed by five years of postrelease supervision.  Defendant
now appeals.

        Contrary to defendant's contention, his waiver of the right

to appeal was valid. The record reflects that County Court distinguished the right to appeal from the rights automatically forfeited by a guilty plea, and defendant acknowledged that he signed the written waiver after conferring with counsel regarding its contents. Accordingly, defendant's waiver of the right to appeal was knowing, intelligent and voluntary (see People v Lopez, 6 NY3d 248, 256 [2006]; People v Burritt, 127 AD3d 1433, 1434 [2015]). Defendant's remaining contention, that his sentence is harsh and excessive, is precluded by his valid appeal waiver (see People v Mayo, 130 AD3d 1099, 1100 [2015]; People v Almeida, 127 AD3d 1499, 1500 [2015], lv denied 26 NY3d 1006 [2015]).

Egan Jr., Lynch, Devine and Clark, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court